The information available on Case.net is provided as a service and is not considered an official court record.

**Case: 4:26-cv-00967-MAL     Doc. #: 1-1     Filed: 06/18/26     Page: 1 of 13 PageID #: 5**

Case.net:2622-CC01480 - ANDRA HENNING V. LIBERTY MUTUAL INSURANCE COMPANY (E-CASE) - Docket Entries

| Respond to Selected Documents |        Sort by date: Descending Ascending        Display options: All Entries ⌄

**05/29/2026**

### Memorandum Filed

MEMORANDUM.
   **Filed By:** KATRINA HUDSON

**05/28/2026**

### Judge/Clerk - Note

Insufficient Filing Deposit Received: Please remit $10.00 dollars as court costs for each summons served by a Special Process Server. Under Section 57.280, RSMo, the court clerk shall collect $10 as a court cost for service of any summons in connection with any civil case, if any other person other than a sheriff is specially appointed to service in a county that receives funds from the Deputy Sheriff Salary Supplementation Fund.
   **Filed By:** KATRINA HUDSON

**05/22/2026**

### Notice of Service

Return of Service.
   **Filed By:** KATRINA HUDSON
   **On Behalf Of:** ANDRA HENNING

**Corporation Served**

Document ID - 26-SMCC-3926; Served To - LIBERTY MUTUAL INSURANCE COMPANY; Served Date - 05/22/2026; Served Time - 07:43:09; Service Type - SP; Reason Description - SERV; Service Text -

**05/18/2026**

### Summons Issued-Circuit

Document ID: 26-SMCC-3926, for LIBERTY MUTUAL INSURANCE COMPANY

**05/15/2026**

### Filing Info Sheet eFiling

   **Filed By:** KATRINA HUDSON

### Cert Serv Req Prod Docs Things

Certificate of Service Plaintiff First Set Of Discovery To Defendant; Plaintiff First Set Of Interrogatories to Defendant; Plaintiff First Set Of Request For Production To Defendant.
   **Filed By:** KATRINA HUDSON
   **On Behalf Of:** ANDRA HENNING

### Motion Special Process Server

Motion for Special Process server.
   **Filed By:** KATRINA HUDSON
   **On Behalf Of:** ANDRA HENNING

### Pet Filed in Circuit Ct

Petition.
   **Filed By:** KATRINA HUDSON
   **On Behalf Of:** ANDRA HENNING

EXHIBIT A

2622-CC01480

Electronically Filed - City of St. Louis - May 15, 2026 - 10:51 AM

**TWENTY-SECOND JUDICIAL CIRCUIT**
**CIRCUIT COURT OF ST. LOUIS CITY**
**STATE OF MISSOURI**

| | | |
|---|---|---|
| **ANDRA HENNINGS** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | Cause No.: |
| **v.** | ) | |
| | ) | Division: |
| **LIBERTY MUTUAL** | ) | |
| **INSURANCE** | ) | |
| **COMPANY** | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Serve:  c/o Registered Agent | ) | |
| CSC-Lawyers Incorporating | ) | |
| Service Company | ) | |
| 221 Bolivar Street | ) | |
| Jefferson City, MO 65101 | ) | |
| | ) | |
| **Defendant.** | ) | |

## PETITION

COMES NOW, Plaintiff Andra Hennings ("Plaintiff"), by and through his undersigned counsel, Katrina A. Hudson of Morgan & Morgan, and for his cause of action against Defendant Liberty Mutual Insurance Company ("Defendant") states to the Court as follows:

## PARTIES

1.      At all times relevant hereto, Plaintiff was and is a citizen and resident of the State of Missouri.

2.      At all relevant times hereto, Defendant is an insurance company in good standing in the State of Missouri who, upon information and belief, regularly solicits and transacts business in the State of Missouri.

Electronically Filed - City of St. Louis - May 15, 2026 - 10:51 AM

## VENUE AND PERSONAL JURISDICTION

3.      Venue is proper in the Circuit Court of St. Louis City pursuant to MO. REV. STAT. § 508.010 because Plaintiff was first injured in St. Louis City.

4.      Jurisdiction is proper over the Defendant in the State of Missouri pursuant to at least MO. REV. STAT. § 506.500 because Defendant conducts business within the State of Missouri.

## FACTUAL ALLEGATIONS

5.      That on or about November 10, 2024, Plaintiff was operating a motor vehicle in St. Louis City, Missouri.

6.      That Plaintiff was traveling generally westbound on Interstate 70, at the entrance ramp of Marcus Avenue.

7.      That Interstate 70 and Marcus Avenue are public thoroughfares which run through, among other places, St. Louis City, Missouri.

8.      That on or about November 10, 2024, the underinsured driver, Ahmad Dye, was operating a motor vehicle in St. Louis City, Missouri.

9.      That Mr. Dye was traveling generally westbound, behind Plaintiff, on Interstate 70.

10.     That Mr. Dye failed to keep a careful lookout and collided with the rear of Plaintiff's vehicle.

11.     That the injuries and damages alleged by Plaintiff were directly and proximately caused by the negligence of Mr. Dye, including but not limited to his back.

12.     That the Plaintiff did not have a chance to avoid the collision due to its sudden and unforeseeable nature, and the aforementioned events occurred with no negligence on the part of

Electronically Filed - City of St. Louis - May 15, 2026 - 10:51 AM

Plaintiff.

13. That Mr. Dye had an insurance policy with State Farm Mutual Automobile Insurance Company which provided coverage for bodily injury.

14. That State Farm Mutual Automobile Insurance Company tendered the policy limits to Plaintiff for the bodily injury damages on February 19, 2026.

## COUNT I
### (Breach of Underinsured Motorist Contract)

15. Plaintiff hereby incorporates by reference the above allegations as though fully set forth herein.

16. That Plaintiff purchased an insurance policy through Defendant for automobile coverage, including underinsured motorist protection, with effective policy dates of September 1, 2024 through September 1, 2025.

17. That Defendant issued an insurance policy to Plaintiff as an included insured, policy number AOV24368937040.

18. That the policy was in full force and effect on November 10, 2024, the date of the collision.

19. That Plaintiff paid Defendant premiums for insurance coverage, to include underinsured motorist coverage in the amount of One Hundred Thousand Dollars ($100,000.00) per person and Three Hundred Thousand Dollars ($300,000.00) per accident.

20. That Plaintiff is entitled to benefit from the insurance contract's protections.

21. That, as referenced *supra*, Plaintiff sustained bodily injury as a result of the collision with Mr. Dye.

22. That Mr. Dye is legally liable for Plaintiff's bodily injury.

Electronically Filed - City of St. Louis - May 15, 2026 - 10:51 AM

23.    That Mr. Dye was underinsured and was operating an underinsured vehicle at the time of the collision, as defined by the insurance contract with Defendant.

24.    That on or about March 10, 2026, Plaintiff sent Defendant a demand for settlement of his claim under the underinsured motorist provision of the insurance policy.

25.    That as a direct and proximate result of Defendant breach of the insurance contract, Plaintiff has been damaged.

WHEREFORE, Plaintiff Andra Hennings prays for a judgment against Defendant Liberty Mutual Insurance Company, in a sum in excess of Twenty-Five Thousand Dollars ($25,000.00), together with costs herein expended, and for any further relief this Court deems just and proper.

## COUNT II
### (Vexatious Refusal to Pay)

26.    Plaintiff hereby incorporates by reference the above allegations as though fully set forth herein.

27.     That on or about March 10, 2026, Plaintiff sent Defendant a formal demand for settlement of his claim under the underinsured motorist provision of the insurance policy.

28.    That in the formal demand served upon Defendant, Plaintiff acknowledged that he has incurred Twenty Thousand, Six Hundred Three Dollars and Thirteen Cents ($20,603.13) in medical bills and has suffered significant and persistent injuries resulting from the collision.

29.    That Defendant has failed to make a payment under and in accordance with the terms of the underinsured motorist provision of the insurance contract.

30.    That Defendant's refusal to pay for the losses incurred by Plaintiff as a result of the collision is without reasonable cause or excuse.

Electronically Filed - City of St. Louis - May 15, 2026 - 10:51 AM

31.     That pursuant to RSMo § 375.420, Plaintiff is entitled to, in addition to all damages associated with Count I, twenty percent (20%) of the first One Thousand Five Hundred Dollars ($1,500.00) of loss and ten percent (10%) for all losses greater than One Thousand Five Hundred Dollars ($1,500.00), as well as Plaintiff's attorney fees.

WHEREFORE, Plaintiff Andra Hennings prays for a judgment against Defendant Liberty Mutual Insurance Company, in a sum in excess of Twenty-Five Thousand Dollars ($25,000.00), together with costs herein expended, and for any further relief this Court deems just and proper.

**PLAINTIFF REQUESTS TRIAL BY JURY.**


Submitted: May 15, 2026                                Respectfully Submitted,


                                                       */s/ Katrina A. Hudson*
                                                       Katrina A. Hudson #69576
                                                       **MORGAN & MORGAN**
                                                       200 N. Broadway, Suite 720
                                                       St. Louis, MO 63102
                                                       Tel: 314-655-9519
                                                       Fax: 314-655-9715
                                                       Email:katrina.hudson@forthepeople.com
                                                       **ATTORNEY FOR PLAINTIFF**

**2622-CC01480**

Electronically Filed - City of St. Louis - May 15, 2026 - 10:51 AM

## In the
# CIRCUIT COURT
## City of St. Louis, Missouri

ANDRA HENNINGS
_____
Plaintiff/Petitioner

vs.

LIBERTY MUTUAL INSURANCE COMPANY
_____
Defendant/Respondent

05/15/2026
_____
Date

_____
Case number

_____
Division

For File Stamp Only

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now _____ Andra Hennings _____, pursuant
                                    Requesting Party

to Local Rule 14, requests the appointment by the Circuit Clerk of

Curtis Martin, STL Investigations & Process Serv | 10 Amber Meadows Dr. OFallon, MO 63 | (636) 485-0076
Name of Process Server | Address | Telephone

Bret Johnson, STL Investigations & Process Ser | 10 Amber Meadows Dr. OFallon, MO 63 | (636) 485-0076
Name of Process Server | Address | Telephone

_____ | _____ | _____
Name of Process Server | Address | Telephone

to serve the summons and petition in this cause on the below named parties.

SERVE:
Liberty Mutal Insurance Company
_____
Name
221 Bolivar Street
_____
Address
Jefferson City, MO, 65101
_____
City/State/Zip

SERVE:
_____
Name
_____
Address
_____
City/State/Zip

SERVE:
_____
Name
_____
Address
_____
City/State/Zip

SERVE:
_____
Name
_____
Address
_____
City/State/Zip

Appointed as requested:
**TOM KLOEPPINGER,** Circuit Clerk

By_____
     Deputy Clerk

_____
Date

/s/ Katrina A. Hudson
_____
Attorney/Plaintiff/Petitioner
69576
_____
Bar No.
200 N. Broadway, Suite 720, St. Louis, MO 6310
_____
Address
314-655-9519
_____
Phone No.

2622-CC01480

Electronically Filed - City of St. Louis - May 15, 2026 - 10:51 AM

**TWENTY-SECOND JUDICIAL CIRCUIT**
**CIRCUIT COURT OF ST. LOUIS CITY**
**STATE OF MISSOURI**

| | | |
|---|---|---|
| **ANDRA HENNINGS** | ) | |
| | ) | Cause No. |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **LIBERTY MUTUAL** | ) | |
| **INSURANCE** | ) | |
| **COMPANY** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

COMES NOW, Plaintiff Andra Hennings, by and through his undersigned counsel, Katrina A. Hudson of Morgan & Morgan, and hereby certifies that Plaintiff's First Set of Interrogatories and First Request for Production of Documents were e-filed along with the Petition on May 15, 2026.

Respectfully Submitted,


*/s/ Katrina A. Hudson*
Katrina A. Hudson #69576
**MORGAN & MORGAN**
200 N. Broadway, Suite 720
St. Louis, MO 63102
Tel: 314-655-9519
Fax: 314-655-9715
Email: katrina.hudson@forthepeople.com
amy.alanis@forthepeople.com
aleesia.glass@forthepeople.com
**ATTORNEY FOR PLAINTIFF**



# Summons in Civil Case

IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>CHRISTOPHER EDWARD<br>MCGRAUGH | Case Number: 2622-CC01480 | |
|---|---|---|
| Plaintiff/Petitioner:<br>ANDRA HENNING | Plaintiff's/Petitioner's Attorney/Address<br>KATRINA HUDSON<br>200 N BROADWAY<br>SUITE 720<br>ST. LOUIS, MO  63102 | |
| vs. | | |
| Defendant/Respondent:<br> LIBERTY MUTUAL INSURANCE<br>COMPANY | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | (Date File<br>Stamp for<br>Return) |
| Nature of Suit:<br>CC Pers Injury-Vehicular | | |

**The State of Missouri to:**   **LIBERTY MUTUAL INSURANCE COMPANY**
**Alias:**
**CSC LAWYERS INC SERVICE CO**
**221 BOLIVAR STREET**
**JEFFERSON CITY, MO  65101**

**Other Addresses:**


You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

*COURT SEAL OF*

*CITY OF ST LOUIS*

_____    _____
5/18/2026                                    Clerk
Date

**Further Information:**


SJRC (07-25) SM30 (SMCC) *For Court Use Only:* **Document ID # 26-SMCC-3926**
1 of 2 (2622-CC01480)                        Civil Procedure Form No. 1, SCR 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

**Case Number: 2622-CC01480**

### Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date)
at _____ (time).

_____          _____
    Printed Name of Officer or Server                          Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).

*(Seal)*          My commission expires: _____ _____
                                  Date                          Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

# Summons in Civil Case

IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

Electronically Filed - CITY OF ST. LOUIS - May 22, 2026 - 02:04 PM

| Judge or Division:<br>CHRISTOPHER EDWARD<br>MCGRAUGH | | Case Number:  2622-CC01480 | |
|---|---|---|---|
| Plaintiff/Petitioner:<br>ANDRA HENNING | | Plaintiff's/Petitioner's Attorney/Address<br>KATRINA HUDSON<br>200 N BROADWAY<br>SUITE 720<br>ST. LOUIS, MO  63102 | |
| | vs. | | |
| Defendant/Respondent:<br> LIBERTY MUTUAL INSURANCE<br>COMPANY | | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | (Date File<br>Stamp for<br>Return) |
| Nature of Suit:<br>CC Pers Injury-Vehicular | | | |

**The State of Missouri to:    LIBERTY MUTUAL INSURANCE COMPANY**
**Alias:**
**CSC LAWYERS INC SERVICE CO**
**221 BOLIVAR STREET**
**JEFFERSON CITY, MO  65101**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**COURT SEAL OF**

**CITY OF ST LOUIS**

5/18/2026
_____
Date

_____
Clerk

**Further Information:**

SJRC (07-25) SM30 (SMCC) *For Court Use Only:* **Document ID # 26-SMCC-3926**
1 of 2 (2622-CC01480)                     Civil Procedure Form No. 1, SCR 54.01 – 54.05,
                                          54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

5501

26- 5501

**Case Number: 2622-CC01480**

### Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

[ ] delivering a copy of the summons and petition to the defendant/respondent.

[ ] leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.

[✓] (for service on a corporation) delivering a copy of the summons and petition to:

___Shelly Lewis___ (name) _Processor_ (title).

[ ] other: _____.

Served at __CSC Lawyers Serv. Co., 221 Bolivar St.__ (address) in __Jefferson City, Cole__ (County/~~City of St. Louis~~), MO, on __5-22-2026__ (date) at __10:07 A.M.__ (time).

___J. Bret Johnson___                    ___Bret Johnson___
Printed Name of Officer or Server          Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____03/22/26_____ (date).

My commission expires: ___03/25/29___        ___Curtis Martin___
                          Date                    Notary Public

CURTIS MARTIN
My Commission Expires 03-25-2029
NOTARY SEAL
St. Charles County
Commission # 21415365
NOTARY PUBLIC - STATE OF MISSOURI

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - CITY OF ST. LOUIS - May 22, 2026 - 02:04 PM

Electronically Filed - CITY OF ST. LOUIS - May 29, 2026 - 12:16 PM

**TWENTY-SECOND JUDICIAL CIRCUIT**
**CIRCUIT COURT OF ST. LOUIS CITY**
**STATE OF MISSOURI**

| | | |
|---|---|---|
| **ANDRA HENNINGS** | ) | |
| | ) | Cause No.  2622-CC01480 |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **LIBERTY MUTUAL** | ) | |
| **INSURANCE** | ) | |
| **COMPANY** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## MEMORANDUM TO CLERK

COMES NOW Plaintiff, Andra Henning, by and through his undersigned counsel, Katrina A. Hudson, and informs the Court that the remaining $10.00 balance of the filing fee has been paid.


Respectfully Submitted,

*/s/ Katrina A. Hudson*
Katrina A. Hudson #69576
**MORGAN & MORGAN**
200 N. Broadway, Suite 720
St. Louis, MO 63102
Tel: 314-655-9519
Fax: 314-655-9715
Email: katrina.hudson@forthepeople.com
          amy.alanis@forthepeople.com
          aleesia.glass@forthepeople.com
**ATTORNEY FOR PLAINTIFF**